IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02464-CBS-PAC

SHANE E. POYURS,

    Plaintiff,

v.

TAMA J. LINDSEY,

    Defendant.

---

## ORDER OF DISMISSAL

---

Magistrate Judge Craig B. Shaffer

The Stipulation for Dismissal filed on November 10, 2005, by the parties, having come before the Court, and appearing well founded; it is hereby

**ORDERED** that this action is **DISMISSED, with prejudice**, each party to bear their own costs and attorney's fees incurred herein.

DATED at Denver, Colorado, this 14th day of November, 2005.

                BY THE COURT:

                s/Craig B. Shaffer
                Craig B. Shaffer
                United States Magistrate Judge